UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

SUSAN BRENNAN,
Plaintiff

Case No: 1:12-cv-00915-JTN

V

Hon. Janet T. Neff

WEST OTTAWA PUBLIC SCHOOLS,
Defendant

---

Susan Brennan
In pro per
238 Foxdown Rd
Holland MI 49424

Catherine A Tracey
Miller Johnson PC
250 Monroe Ave, NW Ste 800\Grand Rapids, Michigan 49501-0306
traceyc@millerjohnson.com

## STIPULATION TO DISMISS WITH PREJUDICE

NOW COME the parties, and hereby agree to dismiss this action with prejudice and without costs, interest

and attorney fees. This is the final adjudication of this matter.

Dated: 5/29/13

Susan Brennan
In pro per

Dated: 6/4/13

Catherine Tracey
Attorney for Defendant